FILED
OCT 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

OREST BAIDAN,

  Plaintiff,

v.

LEONE, ALBERTS & DUUS, APC;

KATHERINE A. ALBERTS;

SETH L. GORDON; and

DOES 1–10,

  Defendants.

Case No. C 25 08455 VKD

**COMPLAINT FOR ADA RETALIATION AND INTERFERENCE (42 U.S.C. § 12203)**

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, specifically the Americans with Disabilities Act (ADA), 42 U.S.C. § 12203.

2. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in the Northern District of California and all parties reside or are located here.

### II. PARTIES

3. Plaintiff Orest Baidan is a resident of California and a qualified individual with disabilities, including cardiac conditions, a fused ankle, and related impairments.

4. Defendant Leone, Alberts & Duus, APC is a California law firm based in Concord, California. Defendants Katherine A. Alberts and Seth L. Gordon are attorneys at the firm who represent a party in related litigation (Baidan v. Shull, Case No. 5:24-cv-03171-VKD).

5. Plaintiff is informed and believes that DOES 1–10 are individuals involved in the conduct described below, and their identities will be added once known.

## III. FACTUAL ALLEGATIONS

6. On August 21, 2025, Plaintiff sustained serious burn injuries and experienced hypertensive symptoms requiring ER treatment. He was later prescribed Norco and instructed to avoid stress and legal confrontation by multiple treating physicians.

7. Plaintiff timely notified defense counsel, including the named Defendants, of his condition and requested ADA accommodation to reschedule his deposition and limit the format in accordance with medical advice.

8. On or about September 24, 2025, Defendants stated on a phone call and in writing that they would only reschedule the deposition if Plaintiff permanently waived all future ADA accommodations.

9. When Plaintiff declined to waive those rights, Defendants stated they would record a nonappearance, use it to seek sanctions, and file motions portraying Plaintiff as uncooperative.

10. Defendants also timed an increase in discovery demands while Plaintiff was temporarily impaired and under medication, exacerbating medical stress and interfering with Plaintiff's ability to meaningfully participate in his case.

## IV. FIRST CAUSE OF ACTION – RETALIATION UNDER ADA (42 U.S.C. § 12203(a))

11. Plaintiff engaged in protected activity under the ADA by requesting reasonable accommodations in the discovery process.

12. Defendants took adverse actions in response to that request, including pressuring Plaintiff to waive rights, threatening sanctions, and attempting to misrepresent Plaintiff's conduct to the Court.

13. These actions were taken because of Plaintiff's protected activity and caused Plaintiff emotional distress, litigation prejudice, and increased medical risk.

## V. SECOND CAUSE OF ACTION – INTERFERENCE UNDER ADA (42 U.S.C. § 12203(b))

14. Defendants coerced, intimidated, and interfered with Plaintiff's exercise and enjoyment of rights protected by the ADA by making accommodation conditional, proceeding with discovery to provoke nonappearance, and weaponizing medical vulnerability.

15. These actions were intentional and discriminatory and warrant injunctive and compensatory relief.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Issue an injunction prohibiting Defendants from conditioning litigation events on waiver of ADA rights;

(b) Order Defendants to comply with ADA-compliant deposition procedures;

(c) Award compensatory damages in an amount to be proven at trial;

(d) Award costs and attorney's fees as allowed by law; and

(e) Grant such further relief as the Court deems just and proper.

Dated: October 3, 2025

/s/ Orest Baidan

Orest Baidan, Plaintiff Pro Se

325 Sharon Park Drive #440

Menlo Park, CA 94025

baidan@gmail.com | (415) 215-7766





SANTA CLARA VALLEY MEDICAL CENTER
Hospital & Clinics

Plastic Surgery & Burn Clinic
751 South Bascom Avenue, Suite 410
San Jose, CA 95128
(408)793-2600

PT:(Baidan, Orest)
DOB: ___ (___ yrs)   REG: 8/26/2025
SEX: M

## AMBULATORY CARE WORK/SCHOOL NOTE

Was seen on __08/26/25__
For: ☑ a medical visit
☐

☑ To return to work on __9/22/25__
☐ Work restricted to _____
  from _____ until _____
☐ Not to engage in physical education until _____
☐ To return to school on _____
☑ unable to use right hand at this time

Deepak Gupta, MD
Medical License #: A114745
Physician & Surgeon
Plastic Surgery

**HYDROcodone-acetaminophen 5-325 mg**
Commonly known as: NORCO

Take 1 tablet by mouth as needed for Pain.

COSTCO PHARMACY # 143 - Mountain View, CA - 1000 N Rengstorff Ave isn't available for refills through myHealth Online. Contact the pharmacy to refill this prescription.

**Prescription Details**
Prescribed August 26, 2025
Approved by Deepak Gupta

**Refill Details**
Quantity 15 tablets

**Pharmacy Details**
COSTCO PHARMACY # 143 - Mountain View, CA - 1000 N Rengstorff Ave
1000 N Rengstorff Ave, Mountain View CA 94043
650-988-7160

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Name: Orest Baidan | DOB: 2/7/1970 | MRN: 102296212 | PCP: | Legal Name: Orest Baidan

# Appointments and Visits

## Upcoming visits

○ Future visits

**OCT 21 2025** — Follow Up - In Person
Deepak Gupta
Valley Specialty Center - Plastic Surgery/Burn/Breast Clinic
Arrive by 10:15 AM PDT
Starts at 10:30 AM PDT

---

## Past visits

○ Last 3 months

**SEP 3 2025** — Office Visit
Yvonne Karanas
Valley Specialty Center - Plastic Surgery/Burn/Breast Clinic

**AUG 27 2025** — Documentation
Nurse Raymund M
Valley Specialty Center - Plastic Surgery/Burn/Breast Clinic

**AUG 26 2025** — Office Visit
Deepak Gupta
Valley Specialty Center - Plastic Surgery/Burn/Breast Clinic

**AUG 22 2025** — Telephone
Nurse Vivian N
Valley Specialty Center - Plastic Surgery/Burn/Breast Clinic

Name: Orest V Baidan | DOB:          Legal Name: Orest V Baidan

# Urgent Care Office Visit - Aug 21, 2025
with Danie Ty, MD at Sutter Urgent Care - Palo Alto

## Notes from Care Team

This page contains your personal health information related to a specific office visit. ⌄

### Progress Notes

Danie Ty, MD at 08/21/25 2009
8/21/2025
8:09 PM

**SUBJECTIVE**

55 year old years old male presents with Patient presents with:
Burn: 55M with right hand burn cooking 30 mins ago - steam/cooking oil splashed on his hand sustaining pain on the area. Denies any chest pain/discomfort, nausea, vomiting, dizziness.

HPI: CAP TRIAGE
Patient seen in triage. Burned right hand on pressure cooker. Notes skin peeling off. Painful, red, swollen. Applied Vicks all over burn.

**OBJECTIVE**

Constitutional: • BP (!) 191/109 (Site: LA, Position: Sitting, Cuff Size: R) • Appears normally developed.

Psych: • Alert
Skin: • Skin was warm and well perfused. • skin peeled off dorsum of right hand, burn across joint lines, burn of nearly entire back of hand, central area that appears white and waxy

**ASSESSMENT**

Second degree with smaller likely 3rd degree burn of right hand
Elevated blood pressure reading

**PLAN OF CARE**

After interviewing and examining the patient, I reviewed the patient's computerized medical record. Care plan was discussed with patient who demonstrated understanding. Patient was educated about their condition and understands.

Proposed plan of care:
- ER advised

Disposition: ER

Condition at time of disposition: good

No LOS data to display

Danie Ty, MD

### Care Team Note

Tholla Y at 08/21/25 1913
Patient was triaged by Tholla Youphon Rn. Dr. Ty was consulted and the patient was advised to go to SUH ED for a complete assessment and treatment as needed. The patient left UCC in stable condition.

Carina B at 08/21/25 1858
**URGENT CARE NURSING INFORMATION**

Patient presents with:
Burn: 55M with right hand burn cooking 30 mins ago - steam/cooking oil splashed on his hand sustaining pain on the

Name: Orest V Baldan | DOB: 2/7/1970 | Legal Name: Orest V Baldan

## Visit Details

### Telephone with Cardiology

Monday September 22, 2025

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Name: Orest V Baidan | DOB: XXXXX | Legal Name: Orest V Baidan

# Letter Details



ENCINA CARDIOLOGY
87 ENCINA
PALO ALTO CA 94301
Phone: 650-853-2975

Orest V Baidan
325 Sharon Park Dr. #440
Menlo Park CA 94025

February 2, 2024

To Whom It May Concern:

Orest V Baidan was seen in our office today 02/02/2024. Due to his medical condition, he should avoid any work that can cause him stress. These restrictions should continue until the end of March. Should you have any questions please do not hesitate to contact our office.

Sincerely,


Viraj P Raygor, MD

**Sutter Health**
Palo Alto Medical Foundation
We Plus You

ENCINA CARDIOLOGY
87 ENCINA
PALO ALTO CA 94301
Phone: 650-853-2975

To whom it may concern:

I am writing this letter to provide a medical update on my patient, Mr. Orest V Baidan, who is currently under my care for cardiovascular disease. Given the severity of his condition, it is my professional medical opinion that Mr. Baidan should avoid representing himself or participating in any legal proceedings, including divorce hearings, until treatment of this condition. The stress and exertion associated with these proceedings could pose a serious risk to his health and could lead to further complications or potentially life-threatening events.

Please feel free to contact my office if you require any further information or clarification regarding Mr. Baidan's medical condition.

Viraj Raygor, M.D.

Orest Baidan

325 Sharon Park Drive #440

Menlo Park, CA 94025

baidan@gmail.com

(415) 215-7766

**Date:** September 24, 2025

**To:**

John Laughlin, Esq.

Katherine Alberts, Esq.

Leone Alberts & Duus

1390 Willow Pass Road, Suite 700

Concord, CA 94520

**Subject:** Objection and Request to Postpone Deposition – Baidan v. Shull, Case No. 5:24-cv-03171-VKD

Dear Counsel,

I am writing to formally object to the deposition currently scheduled for September 25, 2025, at 10:00 AM via Zoom.

Due to recent medical injuries and disability-related limitations, I am medically unable to participate in a deposition at this time. On August 21, 2025, I sustained second-degree burn injuries to both hands. On August 26, 2025, my physician, Dr. Deepak Gupta, restricted use of my dominant hand through at least September 22, 2025. In addition, I am currently prescribed Norco (an opioid pain medication) which affects my cognition and concentration.

My next follow-up appointment is scheduled for October 21, 2025. I am requesting that the deposition be postponed and rescheduled for a mutually agreeable date following that appointment.

This request is made in good faith and pursuant to my rights under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and Federal Rule of Civil Procedure 26(c).

Please confirm receipt of this letter and your agreement to reschedule.

Respectfully,

Orest Baidan

Pro Se Plaintiff

**Enclosures:**

- Exhibit A – Doctor's Note (8/26/25)

- Exhibit B – Norco Prescription (8/26/25)

- Exhibit C – Appointment Log (next visit 10/21/25)

 Gmail

Orest Baidan <baidan@gmail.com>

## Objection and Request to Postpone Deposition – Baidan v. Shull, Case No. 5:24-cv-03171-VKD
9 messages

**Orest Baidan** <baidan@gmail.com>  
To: jlaughlin@leonealberts.com, kalberts@leonealberts.com, kalexander@leonealberts.com, Orest Baidan <baidan@gmail.com>

Wed, Sep 24, 2025 at 4:51 PM

Dear Counsel,

I am writing to formally object to the deposition currently scheduled for September 25, 2025 at 10:00 AM in the matter of Baidan v. Shull, Case No. 5:24-cv-03171-VKD.

Due to recent medical injuries, disability-related impairments, and the effects of prescription narcotic pain medication, I am medically and legally unable to participate in a deposition at this time. I am currently under physician-imposed restrictions (see attached documentation), and my next follow-up is scheduled for October 21, 2025.

Accordingly, I respectfully request that the deposition be postponed and rescheduled for a date after October 21, 2025, at a mutually convenient time. This request is made in good faith and in accordance with my rights under Federal Rule of Civil Procedure 26(c) and the Americans with Disabilities Act (ADA).

Please confirm that you are in receipt of this objection and that you agree to reschedule the deposition.

Sincerely,

Orest Baidan

Pro Se Plaintiff

(415) 215-7766

baidan@gmail.com

**4 attachments**

- Objection_Letter_Baidan_v_Shull.pdf — 4K
- Exhibit C – Appointment Log (next visit 10:21:25).pdf — 36K
- Exhibit B – Norco Prescription (8:26:25).pdf — 35K
- Exhibit A – Doctor's Note (8:26:25).pdf — 9447K

---

**John Laughlin** <jlaughlin@leonealberts.com>  
To: Orest Baidan <baidan@gmail.com>, Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Wed, Sep 24, 2025 at 6:09 PM

Mr. Baidan,

Please confirm you will waive all objections to holding your deposition after the discovery cut-off date of September 25, 2025. If you agree to waive your objections, then I am happy to reschedule your deposition.

I am available on the following dates:
October 24
October 30
November 6

Please advise which date works best for you.

As we discussed on the phone, unless you confirm to waive your objection to holding your deposition at a later date, I will make a record of your non-appearance tomorrow and seek a motion to compel your deposition.

Thank you,
John

John Laughlin, Esq.
Leone Alberts & Duus
1390 Willow Pass Rd., Ste. 700
Concord, CA 94520
Ph: (925) 974-8600, ext. 126
Fax: (925) 974-8601
jlaughlin@leonealberts.com
[Quoted text hidden]

**Orest Baidan** <baidan@gmail.com>
To: John Laughlin <jlaughlin@leonealberts.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Wed, Sep 24, 2025 at 6:26 PM

Dear Mr. Laughlin,

Thank you for your message and for proposing future dates.

To clarify my position: I am happy to reschedule the deposition for a mutually convenient time after my follow-up appointment on October 21, 2025. I am willing to appear on October 30 or November 6, subject to medical clearance.

However, I cannot waive any future right to object to the deposition being held after the discovery cut-off, especially where the need for accommodation arises from a documented medical disability. The ADA does not require me to surrender future accommodation rights as a precondition for receiving accommodation today.

My objection and request for postponement were made in good faith, consistent with FRCP 26(c) and the Americans with Disabilities Act, and were properly documented. I will cooperate fully once I am medically able to do so, and I ask that you reconsider any motion to compel given the circumstances.

Please confirm which of the offered dates works best for you, and I will update you following my medical appointment.

Sincerely,

Orest Baidan

Pro Se Plaintiff

(415) 215-7766

baidan@gmail.com

[Quoted text hidden]

---

**John Laughlin** <jlaughlin@leonealberts.com>
To: Orest Baidan <baidan@gmail.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Wed, Sep 24, 2025 at 7:01 PM

Mr. Baidan,

Please confirm that you waive any objections to holding your deposition after the discovery cut off date.

If you agree to waive you objection to holding your deposition after the discovery cut off, I will reschedule your deposition for October 30 and follow up with an amended deposition notice.

If you do not agree, I will make a record of your non-appearance tomorrow. Because we met and conferred on the phone earlier this evening concerning the deposition and deposition notice, I will prepare a letter to Judge DeMarchi regarding this dispute, then seek a motion to compel your deposition and production of the requested documents.

Please let me know your decision as soon as possible.

-John

John Laughlin, Esq.
Leone Alberts & Duus
1390 Willow Pass Rd., Ste. 700
Concord, CA 94520
Ph: (925) 974-8600, ext. 126
Fax: (925) 974-8601
jlaughlin@leonealberts.com

Get Outlook for iOS

**From:** Orest Baidan <baidan@gmail.com>
**Sent:** Wednesday, September 24, 2025 6:26:21 PM
**To:** John Laughlin <jlaughlin@leonealberts.com>
**Cc:** Katherine Alberts <kalberts@leonealberts.com>; Kathe Alexander <kalexander@leonealberts.com>
**Subject:** Re: Objection and Request to Postpone Deposition – Baidan v. Shull, Case No. 5:24-cv-03171-VKD

[Quoted text hidden]

---

**Orest Baidan** <baidan@gmail.com>
To: John Laughlin <jlaughlin@leonealberts.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Wed, Sep 24, 2025 at 7:28 PM

Dear Mr. Laughlin,

Out of respect for the judicial process and due to defense counsel's ongoing coercion regarding my ADA rights, I will not engage in further debate on the subject of rescheduling via email.

Please direct any disputes to the Court as appropriate.

Sincerely,

Orest Baidan

Pro Se Plaintiff

baidan@gmail.com

(415) 215-7766

On Wed, Sep 24, 2025 at 7:01 PM John Laughlin
[Quoted text hidden]

---

**John Laughlin** <jlaughlin@leonealberts.com>　　　　　　　　　　　　　　　Wed, Sep 24, 2025 at 7:54 PM
To: Orest Baidan <baidan@gmail.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Thank you, Mr. Baidan. I will proceed with your deposition tomorrow at 10:00 am as scheduled.

For the record, I provided alternate deposition dates by email at your request. During our call earlier this evening, you declined to confirm your availability by phone and instructed me to email you proposed dates. You are now also declining to provide your availability over email.

- John

John Laughlin, Esq.
Leone Alberts & Duus
1390 Willow Pass Rd., Ste. 700
Concord, CA 94520
Ph: (925) 974-8600, ext. 126
Fax: (925) 974-8601
jlaughlin@leonealberts.com

Get Outlook for iOS

**From:** Orest Baidan <baidan@gmail.com>
**Sent:** Wednesday, September 24, 2025 7:28:24 PM
[Quoted text hidden]

[Quoted text hidden]

---

**John Laughlin** <jlaughlin@leonealberts.com>　　　　　　　　　　　　　　　Thu, Sep 25, 2025 at 10:16 AM
To: Orest Baidan <baidan@gmail.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Good Morning Mr. Baidan,

I just left you a voicemail. Your deposition began at 10:00 a.m. today. The court reporter and I are on the Zoom link provided below. If you do not appear for your deposition, I will make a record of your non-appearance then pursue a motion to compel you to appear for a deposition and a motion to compel your responses to the requests for production of documents included in the deposition notice.

Here is the Zoom link and related information regarding your deposition that I previously provided to you:

> Topic: Orest Baidan v. Jacob Shull- Depo of Orest Baidan
>
> Time: Sep 25, 2025 10:00 AM Pacific Time (US and Canada)
>
> Join Zoom Meeting
>
> https://us02web.zoom.us/j/88522658834?pwd=UswaVrN7JIbRnQ0uhPFWQRjWanwBZJ.1
>
> Meeting ID: 885 2265 8834
>
> Passcode: 581341
>
> ---

One tap mobile

+16694449171,,88522658834# US

+16699006833,,88522658834# US (San Jose)

---

Join by SIP

- 88522658834@zoomcrc.com

Join instructions

https://us02web.zoom.us/meetings/88522658834/invitations?signature=nZWiiZ9-3fF2gn3p3dZXC6C1YGYeqZ9_ESGLUuZprjU

Thank you,

John

John Laughlin, Esq.
Leone Alberts & Duus
1390 Willow Pass Rd., Ste. 700
Concord, CA 94520
Ph: (925) 974-8600, ext. 126
Fax: (925) 974-8601

jlaughlin@leonealberts.com

[Quoted text hidden]

---

**John Laughlin** <jlaughlin@leonealberts.com>   Fri, Sep 26, 2025 at 9:59 AM
To: Orest Baidan <baidan@gmail.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Good Morning Mr. Baidan,

Attached is the draft joint discovery dispute letter brief regarding your failure to appear for deposition or produce documents requested in the deposition notice.

Please review the draft, set forth your position on the dispute and whether you request a hearing in designated sections per Judge DeMarchi's standing order, and provide any proposed red-line edits.

If I do not receive your response by 4:00 p.m. on September 29, 2025, I will file the letter brief with the Court and note your failure to participate in its preparation.

[Quoted text hidden]

2 attachments

- Judge DeMarchi001.ltr.9.26.25-Ltr Brief Disc Dispute - Copy for Pltf's Review.docx
  36K
- Judge DeMarchi001.ltr.9.26.25-Ltr Brief Disc Dispute - Copy for Pltf's Review.pdf
  293K

---

**John Laughlin** <jlaughlin@leonealberts.com>   Tue, Sep 30, 2025 at 9:31 AM
To: Orest Baidan <baidan@gmail.com>
Cc: Katherine Alberts <kalberts@leonealberts.com>, Kathe Alexander <kalexander@leonealberts.com>

Mr. Baidan,

I just left you a voicemail.

Because you have not responded to any of my attempts to contact you, I have filed the discovery dispute letter brief with the Court regarding your failure to appear for deposition and to produce the documents requested in the deposition notice. I previously provided a draft of this letter to you on Friday, September 26, 2025.

Please respond to this email by confirming a date for your deposition and that you waive any objection to being deposed after the discovery cut-off. Please also produce the documents identified in the deposition notice immediately. If you do not respond, I will file a motion to compel your deposition and production of documents, and will request all available sanctions, no later than Friday, October 3, 2025.

[Quoted text hidden]



**Transcription**

"Good morning Mr. Baden this is John Laughlin calling from Leon Albertson Lewis Your court your deposition began at 10 AM. The court reporter and I are on the zoom waiting for you to appear on your deposition. With the With the deposition Thank you..."

Was this transcription useful or not useful?









General:

    Kind: PDF document
    Size: 95,063 bytes (98 KB on disk)
  Where: Macintosh HD ▸ Users ▸ baidan ▸ _federal
 Created: Thursday, October 2, 2025 at 7:13 PM
Modified: Thursday, October 2, 2025 at 7:13 PM

      Stationery pad

      Locked

More Info:

--

Name & Extension:

49_035126256052.pdf

   Hide extension

Comments:

Open with:

   Preview.app (default)

Use this application to open all documents like this one.

Change All…

Preview:

Case 5:24-cv-03171-VKD   Document 49   Filed 09/30/25   Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

OREST BAIDAN,
        Plaintiff,
   v.
JACOB SHULL,
        Defendant.

Case No. 24-cv-03171-VKD

ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S DISCOVERY DISPUTE LETTER

Re: Dkt. No. 48